EDWARD SCHAINMAN et al., Copartners Doing Business under the Name of EDWARD SCHAINMAN SPORTWEAR Co., et al., Appellants, v. DRAGOON REALTY CORPORATION et al., Respondents.— In order more fully to protect the *status quo,* the order appealed from granting an injunction *pendente lite* is modified, without costs, by enlarging the injunction so as also to restrain the defendants

from interfering with the use by plaintiff Kolmer Marcus of the passenger and freight elevators servicing the ninth floor of the building. Use of said elevators to the ninth floor by Kolmer Marcus, however, is permitted *pendente lite* only to the extent that plaintiff Edward Schainman Sportwear Co. is allowed to use them for access to the ninth floor by the provisions of its lease. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.